UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAMON DELAROSA,

        Plaintiff,

  -v-                      No. 6:13-CV-1492

TOKO SERITA, CHRISTOPHER WHITEHAIR,
ALISON ANDREWS,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                  OF COUNSEL:

RAMON DELAROSA, 11-R-1143
Plaintiff pro se
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On December 20, 2013, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised, by Report-Recommendation that the action be dismissed without leave to amend. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED without leave to amend; and

2. The Clerk is directed to file a judgment accordingly.

The Clerk is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 14, 2014
       Utica, New York.